IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:23-CV-00079 |
| | ) | |
| Virtual Currency Assets | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 03, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2023 at Anchorage, AK.

SETH BEAUSANG
Digitally signed by SETH BEAUSANG
Date: 2023.08.16 14:48:32 -08'00'

Seth Beausang
Forfeiture AUSA

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
# COURT CASE NUMBER: 3:23-CV-00079; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

Assets contained within Binance Account 10282269 Acct# 11185099 (23-FBI-000251), including the following items: 1 41.0762152500 ETHW; 1 0.00931 BETH; 1 12,081.94595 SGB; 1 451.546 XNO; 1 108,187,889.8 SHIB; 1 586.32161808 DOT; 1 8,453.486334 TRX; 1 387,128.81937 ADA; 1 42,173.1408 ZIL; 1 4.7387963 BTC; 1 14.08070163 BNB; 1 82.96118542 ETH; 1 99 NEO; 1 2,659.751 XLM; 1 2.99155673 XMR which was seized from Gaurav Dhinga on December 22, 2022 at 101 E 6th Avenue, located in Anchorage, AK

Assets contained with Binance Account 120689181 Acct# 120689181 (23-FBI-000252), including the following items: 1 0.67783418 BNB; 1 13059998.65 SHIB; 1 215.9717936 DOT; 1 12478384.27 LUNC; 1 1.71984582 BTC; 1 1.00654101 ETH; 1 230.9966431 LTC; 1 349.231396 LINK; 1 18147.58806 ADA; 1 52.340356 LUNA; 1 11619.2591900000 XRP; 1 4363.9004820000 TRX which was seized from Kiron Arora on December 22, 2022 at 101 E 6th Avenue, located in Anchorage, AK

0.9998 BTC contained within Binance Account 11185099 Acct# 11185099 (23-FBI-000253) which was seized from Gaurav Pahwa on December 22, 2022 at 101 E 6th Avenue, located in Anchorage, AK

6.97980254 Etherum contained within the FTX Trading Ltd Account 45319863 Acct# 45319863 (23-FBI-000254) which was seized from Gaurav Pahwa on October 18, 2022 at 101 E 6th Avenue, located in Anchorage, AK

Assets contained with FTX Trading Ltd Account Number 44601919 Acct# 44601919 (23-FBI-000255), including the following items: 1 9.999 Etherum; 1 .16641477 Bitcoin; 1 51.385 FTX Token; 1 1578.210263 USD Coins which was seized from Kunal Almadi on October 18, 2022 at 101 E 6th Avenue, located in Anchorage, AK

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (May 03, 2023) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 222 W. 7th Avenue, #4, Room 229, Anchorage, AK 99513-7564, and copies of each served upon Assistant United States Attorney Seth Beausang, 222 W. 7th Avenue, #9, Room 253,

Anchorage, AK 99513-7567, or default and forfeiture will be ordered. *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Seth Beausang, 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567. This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 3, 2023 and June 01, 2023. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Virtual Currency Assets

**Court Case No:** 3:23-CV-00079
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/03/2023 | 23.9 | Verified |
| 2 | 05/04/2023 | 23.9 | Verified |
| 3 | 05/05/2023 | 23.9 | Verified |
| 4 | 05/06/2023 | 23.8 | Verified |
| 5 | 05/07/2023 | 24.0 | Verified |
| 6 | 05/08/2023 | 23.9 | Verified |
| 7 | 05/09/2023 | 23.9 | Verified |
| 8 | 05/10/2023 | 23.9 | Verified |
| 9 | 05/11/2023 | 23.9 | Verified |
| 10 | 05/12/2023 | 24.0 | Verified |
| 11 | 05/13/2023 | 23.8 | Verified |
| 12 | 05/14/2023 | 23.8 | Verified |
| 13 | 05/15/2023 | 23.9 | Verified |
| 14 | 05/16/2023 | 24.0 | Verified |
| 15 | 05/17/2023 | 23.9 | Verified |
| 16 | 05/18/2023 | 24.0 | Verified |
| 17 | 05/19/2023 | 23.9 | Verified |
| 18 | 05/20/2023 | 24.0 | Verified |
| 19 | 05/21/2023 | 23.9 | Verified |
| 20 | 05/22/2023 | 23.9 | Verified |
| 21 | 05/23/2023 | 23.9 | Verified |
| 22 | 05/24/2023 | 23.9 | Verified |
| 23 | 05/25/2023 | 24.0 | Verified |
| 24 | 05/26/2023 | 23.9 | Verified |
| 25 | 05/27/2023 | 23.9 | Verified |
| 26 | 05/28/2023 | 23.9 | Verified |
| 27 | 05/29/2023 | 23.9 | Verified |
| 28 | 05/30/2023 | 23.9 | Verified |
| 29 | 05/31/2023 | 23.9 | Verified |
| 30 | 06/01/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.