IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>VIRTUAL CURRENCY ASSETS SEIZED FROM: BINANCE US ACCOUNTS WITH USER IDENTIFIERS ENDING IN 5099, 9181, AND 2269, *et al.*,<br><br>  Defendants. | Case No. 3:23-cv-00079-SLG |

**ORDER ON MOTION FOR ENTRY OF DEFAULT**

Upon consideration of Plaintiff's Motion for Entry of Default and the affidavit of counsel for Plaintiff at Docket 44, it having been shown that notice of this action and the arrest of the FTX TRADING LTD. ACCOUNT WITH USER IDENTIFIERS ENDING IN 9862; FTX TRADING LTD. ACCOUNT WITH USER IDENTIFIERS ENDING IN 1919; and BINANCE US ACCOUNTS WITH USER IDENTIFIERS ENDING IN 5099 (the "defendant property") was provided pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and Local Admiralty Rule(c)-3, it is hereby ORDERED that the Clerk of Court, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure and Local Admiralty Rule(c)-4(a), shall enter default against defendant property and anyone claiming, or who might ever claim,

any interest in or to the defendant property.

DATED this 5th day of July 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00079-SLG, *USA v. Virtual Currency Assets Seized From: Binance US Accounts with User Identifiers Ending in 5099, 9181, and 2269*
Order on Motion for Entry of Default
Page 2 of 2

Case 3:23-cv-00079-SLG   Document 47   Filed 07/05/24   Page 2 of 2