IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>VIRTUAL CURRENCY ASSETS SEIZED FROM: BINANCE US ACCOUNTS WITH USER IDENTIFIERS ENDING IN 5099, 9181, AND 2269, *et al.*,<br><br>        Defendants. | Case No. 3:23-cv-00079-SLG |

## **DEFAULT JUDGMENT AND DECREE OF FORFEITURE**

Upon consideration of Plaintiff's Motion for Entry of Partial Final Judgment at Docket 46 and the Notice of Settlement at Docket 45, it having been shown that notice of this action and the arrest of the defendant property was provided pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and Local Admiralty Rule(c)-3, that a partial final judgment is warranted, and that there is no just reason to delay partial final judgment, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The United States shall return to the claimant, Kiran Arora, by and through her attorney, Jacek Lentz, the following virtual currencies seized by the United States from BINANCE US ACCOUNT WITH USER IDENTIFIERS ENDING IN 9181: approximately 0.67783418 BNB, 13059998.65 SHIB, 215.9717936 DOT,

12478384.27 LUNC, 1.00654101 ETH, 230.9966431 LTC, 349.231396 LINK, 18147.58806 ADA, 52.340356 LUNA, 11619.25919 XRP, and 4363.900482 TRX.

  a. The above virtual currencies are to be transferred to the trust account of claimant's attorney, Jacek W. Lentz, via a virtual wallet or otherwise according to instructions provided by claimant's attorney.

  2. All right, title, and interest in the remaining property seized from BINANCE US ACCOUNT WITH USER IDENTIFIERS ENDING IN 9181, approximately 1.71984582 BTC, shall be forfeited to and shall vest in the United States of America for disposition according to law.

  3. Judgment is entered in favor of the plaintiff, the United States of America, and against the defendant as described above.

  IT IS SO ORDERED.

  DATED this 5th day of July 2024, at Anchorage, Alaska.

           */s/ Sharon L. Gleason*
           UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00079-SLG, *USA v. Virtual Currency Assets Seized From: Binance US Accounts with User Identifiers Ending in 5099, 9181, and 2269*
Default Judgment and Decree of Forfeiture
Page 2 of 2

Case 3:23-cv-00079-SLG Document 48 Filed 07/05/24 Page 2 of 2